MARTIN P. WOODAREK et al., Appellants, v BARRY MARON, M.D., et al., Respondents. (Appeal No. 3.) [759 NYS2d 419] —Appeal from an order of Supreme Court, Erie County (Mintz, J.), entered July 1, 2002, which denied plaintiffs' motion to renew.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as *Woodarek v Maron* (305 AD2d 1085 [2003]). Present—Pine, J.P., Wisner, Kehoe, Burns and Gorski, JJ.

 JOHNSON, MULLAN & BRUNDAGE, P.C., Respondent, v RONALD FOLKMAN, Appellant. (Appeal No. 1.) [759 NYS2d 420] —Appeal from an order of Supreme Court, Monroe County (Ark, J.), entered January 24, 2002, which granted plaintiff's motion for summary judgment and awarded damages in the amount of $42,230.89, plus interest, costs and disbursements.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Lawton and Hayes, JJ.